■ PAULINE NOWICKI, Respondent, v JUAN R. GALARZA et al., Appellants. [855 NYS2d 410]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered March 7, 2007 in a personal injury action. The order denied the motion of defendants for summary judgment dismissing the complaint on the issue of liability.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Lunn, Fahey and Gorski, JJ.

■ PAUL M. FOWLER DEVELOPMENT CORP., Respondent, v JAMES R. CAPUTO et al., Appellants. (Appeal No. 1.) [855 NYS2d 403]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered August 24, 2007 in a breach of contract action. The order, among other things, denied the motion of defendants to vacate the default judgment entered against them on June 26, 2007.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Martoche, J.P., Centra, Lunn, Fahey and Gorski, JJ.

■ PAUL M. FOWLER DEVELOPMENT CORP., Respondent, v JAMES R. CAPUTO et al., Appellants. (Appeal No. 2.) [855 NYS2d 404]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered September 26, 2007 in a breach of contract action. The order, among other things, denied the motion of defendants for leave to renew their motion to vacate the default judgment filed June 26, 2007.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Martoche, J.P., Centra, Lunn, Fahey and Gorski, JJ.